UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 4:23-CV-11800-MRG

H.B. BROOKS INTERNATIONAL d/b/a )
NETWATCH NORTH AMERICA )
        Plaintiff )
)
v. )
)
ROYAL SUN FARM LLC, )
ROYALSTON FARM LLC, )
ROYAL SUN CANNABIS LLC and )
DAMON SCHMIDT, )
        Defendants )
GFA FEDERAL CREDIT UNION, )
        Trustee )

## DEFENDANTS, ROYAL SUN FARM LLC, ROYALSTON FARMS LLC, ROYAL SUN CANNABIS LLC AND DAMON SCHMIDT'S ANSWER

Now come the Defendants, Royal Sun Farm LLC, Royalston Farm, LLC, Royal Sun Cannabis, LLC and Damon Schmidt (herein after "Defendants"), and submits this Answer in the above-entitled action.

The first unnumbered paragraph of the Complaint is an introductory paragraph to which no response is required but to the extent a response is required, the Defendants deny all allegations therein.

### PARTIES

1. Defendants are without sufficient knowledge to admit or deny the allegation of ¶ 1 of the Complaint.

1

2. The Defendants admit the allegation of ¶ 2.

3. Defendants deny the allegation of ¶ 3. The principal place of business is 130 South Royalston Road, Royalston, Massachusetts 01368.

4. Defendants deny the allegations of ¶ 4. The principal place of business is 1 North Main Street, Templeton, Massachusetts 01468.

5. Defendants deny the allegation of ¶ 5. Defendant Schmidt resides at 160 South Royalston Road, Royalston, Massachusetts 01369.

6. The Defendants deny the allegation of ¶ 6.

## JURISDICTION AND VENUE

7. Paragraph 7 is a restatement of the United States Code which does not require a response.

8. Defendants are without sufficient knowledge to admit or deny the allegation of ¶ 8.

9. Defendants are without sufficient knowledge to admit or deny the allegation of ¶ 9.

## FACTS

10. The Defendants deny the allegation of ¶ 10.

11. Defendants deny the allegations of ¶ 11 and further state that any reference to the "Agreement" in ¶ 11 and attached to the Complaint as Exhibit 1 speaks for itself.

12. Defendants deny the allegations of ¶ 12 and further state that the "Agreement" in ¶ 12 and attached to the Complaint as Exhibit 1 speaks for itself.

13. Defendants deny the allegations of ¶ 13 and further state that the "Agreement" in ¶ 13 and attached to the Complaint as Exhibit 1 speaks for itself.

14. Defendants deny the allegations of ¶ 14 and further state that the "Agreement" in ¶ 14 and attached to the Complaint as Exhibit 1 speaks for itself.

15. Paragraph 15 is a restatement of the Code of Massachusetts Regulations which does not require a response.

16. Defendants deny the allegations of ¶ 16.

17. Defendants deny the allegations of ¶ 17.

18. Defendants deny the allegations of ¶ 18 and further state that the "Affidavit" and "wire" in ¶ 18 and attached to the Complaint as Exhibit 4 and Exhibit 2 speak for themselves.

19. Defendants deny the allegations of ¶ 19 and further state that the "Agreement" in ¶ 19 and attached to the Complaint as Exhibit 1 speaks for itself.

20. Defendants deny the allegations of ¶ 20 and further state that the "Agreement" in ¶ 20 and attached to the Complaint as Exhibit 1 speaks for itself..

21. Defendants deny the allegations of ¶ 21.

22. Defendants deny the allegations of ¶ 22.

23. Defendants deny the allegations of ¶ 23.

24. Defendants deny the allegations of ¶ 24 and further state that the emails referenced in ¶ 24 and attached to the Complaint as Exhibit 6 speak for themselves.

25. Defendants deny the allegations of ¶ 25.

26. Defendants deny the allegations of ¶ 26 and further state that the Affidavits referenced in ¶ 26 and attached to the Complaint as Exhibits 6 and 7 speak for themselves.

27. Defendants deny the allegations of ¶ 27.

## CAUSES OF ACTION

28. Defendants deny the allegations of ¶ 28.

29. Defendants deny the allegations of ¶ 29.

30. Defendants re-incorporate and restate their responses contained in all preceding paragraphs herein.

31. Defendants deny the allegations of ¶ 31.

32. Defendants deny the allegations of ¶ 32.

33. Defendants deny the allegations of ¶ 33.

34. Defendants deny the allegations of ¶ 34.

35. Defendants deny the allegations of ¶ 35.

36. Defendants deny the allegations of ¶ 36.

37. Defendants deny the allegations of ¶ 37.

38. Defendants deny the allegations of ¶ 38.

39. Defendants deny the allegations of ¶ 39.

40. Defendants deny the allegations of ¶ 40.

41. Defendants deny the allegations of ¶ 41.

42. Defendants deny the allegations of ¶ 42.

43. Defendants deny the allegations of ¶ 43.

44. Defendants deny the allegations of ¶ 45.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any alleged contract referred to in Plaintiff's Complaint is void for lack of consideration.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff breached the terms of the contract therefore the Defendants owe the Plaintiff nothing.

### FOURTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiff, by its acts and conduct, is estopped to assert the Defendants now owe the Plaintiff anything.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate and lessen any alleged damages and as a result, is barred from recovering any damages from the Defendants.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to equitable relief inasmuch as it has been guilty of inequitable conduct and has failed to come into equity with clean hands.

### SEVENTH AFFIRMATIVE DEFENSE

The Defendants were ready and willing to perform all of the items required to be performed on its part by the contract referred to in the Complaint, but were obstructed and prevented from doing so by the Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

The contract referred to in the complaint was repudiated by the Plaintiff and they are not entitled to recover on the contract.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiff has suffered no damages, and the sum the Plaintiff now seeks to recover is a penalty, wherefore the Defendants owe Plaintiff nothing.

### TENTH AFFIRMATIVE DEFENSE

The alleged contract contains penalty provision which are void, unenforceable and illegal.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants reserve their right to amend their affirmative defenses upon completion of the discovery process.

WHEREFORE, the Defendants pray that all claims be dismissed with prejudice and costs to the Plaintiff.

THE DEFENDANTS, ROYAL SUN FARM LLC, ROYALSTON FARM LLC, ROYAL SUN CANNABIS LLC, AND DAMON SCHMIDT DEMAND A JURY TRIAL ON ALL ISSUES SO TRIABLE.

        Royal Sun Farm LLC,
        Royalston Farm LLC,
        Royal Sun Cannabis, and Damon Schmidt,
        By their Attorney,

        /s/ Joseph M. Connors, Jr.
        Joseph M. Connors, Jr.
        BBO#548622
        Law Office of Joseph M. Connors, Jr., P.C.
        404 Main Street
        Waltham, Massachusetts 02452
        (781) 893-8200

Dated: September 29, 2023

## **CERTIFICATE OF SERVICE**

I, Joseph M. Connors, Jr., hereby certify that a true copy of the above document was served upon Plaintiff's Counsel, Joseph Perl, Attorney of Record for the Plaintiff at 203 Arlington Street, Suite 2, Watertown, Massachusetts 02472 by first class mail and email to perl@perlattorney.com on September 29, 2023.

                                              /s/ Joseph M. Connors, Jr.
                                              Joseph M. Connors, Jr.

Royal Sun Farm LLC,
Royalston Farm LLC,
Royal Sun Cannabis, and Damon Schmidt,
By their Attorney,

/s/ Joseph M. Connors, Jr.
Joseph M. Connors, Jr.
BBO#548622
Law Office of Joseph M. Connors, Jr., P.C.
404 Main Street
Waltham, Massachusetts 02452
(781) 893-8200
EMAIL: joeconnors13@verizon.net

Dated: September 29, 2023

## CERTIFICATE OF SERVICE

I, Joseph M. Connors, Jr., hereby certify that a true copy of the above document was served upon Plaintiff's Counsel, Joseph Perl, Attorney of Record for the Plaintiff at 203 Arlington Street, Suite 2, Watertown, Massachusetts 02472 by first class mail and email to perl@perlattorney.com on September 29, 2023.

/s/ Joseph M. Connors, Jr.
Joseph M. Connors, Jr.

7