UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 1:23-cv-11800-MRG

| | |
|---|---|
| H.B. BROOKS INTERNATIONAL, INC. d/b/a NETWATCH NORTH AMERICA | ) |
|     Plaintiff | ) |
| v. | ) |
| ROYAL SUN FARM LLC, | ) |
| | ) |
| | ) |
| | ) |
|     Defendant | ) |
| GFA FEDERAL CREDIT UNION | ) |
|     Trustee | ) |

## AGREEMENT FOR JUDGMENT

It is hereby agreed that judgment shall enter in this action for the Plaintiff, H.B. Brooks International, Inc., against the Defendant, Royal Sun Farm LLC, , on Count 1of the Complaint, in the amount of $148,018.14only. Plaintiff shall have the right to file a motion seeking interest which shall be added to the total judgment amount. The Plaintiff may seek any such further relief as provided for in the Parties' Settlement Agreement. All parties waive their rights to appeal.

Respectfully submitted by the Parties,

| | |
|---|---|
| /s/ Joseph Perl | /s/ Joseph M. Connors, Jr. |
| Attorney for Plaintiff | Attorney for Defendants |
| B.B.O. 680509 | B.B.O. |
| 203 Arlington St., Suite 2 | 404 Main Street |
| Watertown, MA 02478 | Waltham, MA 02452 |
| 781-704-7047 | 781-893-8200 |
| perl@perlattorney.com | joeconnors13@verizon.net |
| November 2, 2023 | November 2, 2023 |