UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 4:23-cv-11800-MRG

| | |
|---|---|
| H.B. BROOKS INTERNATIONAL, INC. d/b/a NETWATCH NORTH AMERICA | ) |
|     Plaintiff | ) |
| v. | ) |
| ROYAL SUN FARM LLC, | ) |
| ROYALSTON FARM LLC, | ) |
| ROYAL SUN CANNABIS LLC, and | ) |
| DAMON SCHMIDT | ) |
|     Defendants | ) |
| GFA FEDERAL CREDIT UNION | ) |
|     Trustee | ) |

**WRIT OF ATTACHMENT**

<u>Date Complaint was filed</u>: August 7, 2023
<u>Date Attachment Approved</u>: November 17, 2023
<u>Attachment amount</u>: $455,121.00
<u>Judge Approving Attachment</u>: Margaret R. Guzman
<u>Court Name and Address</u>: United States District Court, District of Massachusetts, Central Division, 595 Main Street, Worcester, MA 01608

    To the United States Marshal of the District of Massachusetts or either of their Deputies, and to the Sheriffs of the several counties of the Commonwealth of Massachusetts and their Deputies:

    Pursuant to <u>Fed. R. Civ. P. 64</u> and <u>Mass. R. Civ. P. 4.1</u>, **WE COMMAND YOU** to attach the real estate and/or personal property of the Defendant Royal Sun Farm LLC, to the value of $455,121.00, the amount authorized by the Court and requested by the Plaintiff, H.B. Brooks International LLC d/b/a Netwatch North America, of Roseville, CA, whose attorney is Joseph Perl of 203 Arlington Street, Suite 2, Watertown, MA 02472 in an action brought by said Plaintiff against the Defendant in this Court, and make due return of this writ with your doings thereon.

x    /s/ Margaret R. Guzman    12/7/23
U.S. District Judge