UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 1:23-cv-11800

| | |
|---|---|
| H.B. BROOKS INTERNATIONAL, INC. d/b/a NETWATCH NORTH AMERICA<br>    Plaintiff<br>v.<br>ROYAL SUN FARM LLC,<br>    Defendant<br>GFA FEDERAL CREDIT UNION<br>    Trustee | )<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO VACATE STAY

Now come the parties in the above matter, and respectfully request that the Court vacate the stay that was entered in the above case and enter the Agreement for Judgment which is accompanied hereto.

Respectfully submitted by the Parties,

/s/ Joseph Perl
Attorney for Plaintiff
B.B.O. 680509
203 Arlington St., Suite 2
Watertown, MA 02478
781-704-7047
perl@perlattorney.com
November 13, 2023

/s/ Joseph M. Connors, Jr.
Attorney for Defendants
B.B.O.
404 Main Street
Waltham, MA 02452
781-893-8200
joeconnors13@verizon.net
November 13, 2023