**Exhibit 2**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action No: 1:23-cv-11800-MRG

| | |
|---|---|
| H.B. BROOKS INTERNATIONAL, INC. d/b/a NETWATCH NORTH AMERICA | ) |
|     Plaintiff | ) |
| v. | ) |
| ROYAL SUN FARM LLC, | ) |
| ROYALSTON FARM LLC, | ) |
| ROYAL SUN CANNABIS LLC, and | ) |
| DAMON SCHMIDT | ) |
|     Defendants | ) |
| GFA FEDERAL CREDIT UNION | ) |
|     Trustee | ) |

**AFFIDAVIT OF EMPLOYEE OF H.B. BROOKS INTERNATIONAL, INC. D/B/A NETWATCH NORTH AMERICA**

I, Robert Johnson being under oath, do hereby depose and say as follows:

1. I am an employee of H.B. Brooks International, Inc. d/b/a Netwatch North America ("Netwatch"), who is familiar with the books and records of Netwatch which are kept in the ordinary course of business.

2. The Settlement Agreement, which is attached as Exhibit 3 to the Motion for Preliminary Injunction (the "Motion"), required the Defendant, Royal Sun Farm, LLC ("Royal Sun"), to make payment of all amounts owed to Netwatch that were in arrears under the Managed Services Agreement ("MSA"). Royal Sun was also required to stay current on payments under the MSA.

3. Royal Sun stopped making payment under the Settlement Agreement on January 2, 2024. Currently, the balance that Royal Sun owes in total, which includes amounts due under the Settlement Agreement and MSA is $427,121.18.

4. Pursuant to the terms of the Settlement Agreement and MSA, Netwatch has repeatedly demanded return of the equipment (the "Equipment"), which is described in the Motion, but Royal Sun has refused to do so.

5. The equipment is currently depreciating in value at the rate of 20% per year. Per the terms of the MSA, Netwatch has remotely shut off the Equipment due to non payment.

Signed under the pains and penalties of perjury,

Signature: *robert johnson*
Chief of Staff
Date: March 18, 2024